IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: _____ |
| v. | : | DATE FILED: _____ |
| EDDY DELACRUZ | : | VIOLATIONS:<br>18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)<br>21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with intent to distribute PCP – 1 count)<br>18 U.S.C. § 924(c)(1) (possession of a firearm in furtherance of a drug trafficking crime – 1 count)<br>Notices of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about March 1, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**EDDY DELACRUZ,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania and in the United States District Court for the Eastern District of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock, Model 22, .40 caliber semi-automatic pistol, bearing serial number BFAZ078, loaded with 20 live rounds of ammunition and the firearm was in an affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 1, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**EDDY DELACRUZ**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of phencyclidine (PCP), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

Case 2:23-cr-00214-CMR   Document 1   Filed 05/11/23   Page 3 of 7

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 1, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**EDDY DELACRUZ**

knowingly possessed a firearm, that is, a Glock Model 22 .40 caliber semi-automatic pistol, bearing serial number BFAZ078, in furtherance of a drug trafficking crime for which he may prosecuted in a Court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Two of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## NOTICE OF FORFEITURE ONE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 922(g)(1) and 924(c)(1), set forth in this indictment, defendant

**EDDY DELACRUZ**

shall forfeit to the United States of America, the firearm and ammunition involved in the commission of such violations, including but not limited to:

1. a Glock, Model 22, .40 claiber semi-automatic pistol, bearing serial number BFAZ078; and

2. twenty live rounds of .40 caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

## NOTICE OF FORFEITURE TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 21, United States Code, Sections 841(a)(1) set forth in this indictment, defendant

**EDDY DELACRUZ**

shall forfeit to the United States of America any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such offenses.

If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

███████████

GRAND JURY FOREPERSON

_____
**JACQUELINE C. ROMERO**
**United States Attorney**

No. _ _ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

EDDY DELACRUZ

INDICTMENT

Counts

18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)
21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with intent to distribute PCP – 1 count)
18 U.S.C. § 924(c)(1) (possession of a firearm in furtherance of a drug trafficking crime – 1 count)
Notices of forfeiture

A true bill

_____
Foreperson

Filed in open court this 11th
day, of May A.D. 20 23

_____
Foreperson

Bail, $ _____